BARBARA E. SCHAUB, as Executrix of JACOB SCHAUB, Deceased, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*Schaub* v. *State of New York*, 88 App. Div. 618, affirmed.
(Argued December 13, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1904, affirming a judgment in favor of defendant entered upon a dismissal by the Court of Claims of the claim herein.

*Jefferson W. Hoag* for appellant.

*Julius M. Mayer, Attorney-General (Horace McGuire* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: O'BRIEN, JJ.

---

MARY WATTENGEL, Respondent, *v.* THE ACKER PROCESS COMPANY, Appellant.

*Wattengel* v. *Acker Process Co.*, 97 App. Div. 643, affirmed.
(Argued December 13, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 4, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*A. K. Potter* for appellant.

*P. F. King* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.